EMILY FLANAGAN (Free), an Infant, by LENA RIECHERS, Her Guardian ad Litem, Respondent, v. SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers of the Property of the NEW YORK AND QUEENS COUNTY RAILROAD COMPANY, etc., Defendants. HICKEY CONTRACTING COMPANY, Appellant.— Order unanimously affirmed, with costs. The plaintiff was an infant, and the court erred in granting motion of defendant Hickey Contracting Company to amend its answer so as to plead payment of the ninety dollars in mitigation of damages, under the circumstances of this case. The court further erred in charging the jury that if the amount already paid was a sufficient amount, the verdict should be for said defendant. The verdict of the jury in favor of said defendant was properly set aside. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ISADORE FRIED, Respondent, v. PATSY SALVINO, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JOSEPH GIERHAAS, Respondent, v. QUEENSBORO BRIDGE LOFT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

FLORENCE L. HADLEY and Others, Plaintiffs, v. WILLIAM H. BLUME, Defendant.— On agreed statement of facts, judgment that defendant specifically perform the contract and accept the deed tendered by plaintiffs unanimously directed for plaintiffs, without costs. Plaintiffs have a good and marketable title to the premises in question. The deed dated June 15, 1874, executed by Jane Lu Gar and Rodney P. Lu Gar to Ella S. Hadley, recorded in Westchester county register's office on June 25, 1874, in liber 876 of Deeds, at page 169, granted to said Ella S. Hadley a life estate in the premises in question with remainder to her children living at the time of her death in June, 1920, who are Florence L. Hadley, Mary B Casseday and Mortimer L. Hadley. Elizabeth Marvel, the former wife of said Mortimer L. Hadley, has in said premises a dower interest, which she releases. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HERCHAS, INC., Respondent, v. SAMUEL GROSSMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky. P. J., Rich, Young, Seeger and Scudder, JJ.

HENRIETTA HUBER, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Lazansky. P. J., Rich, Kapper and Seeger, JJ., concur; Scudder. J., dissents and votes for reversal upon the ground that the verdict of the jury is against the weight of the evidence.